UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| WEI TENG, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | COMPLAINT FOR MANDAMUS |
| ) | NDER 28 U.S.C. §1361 |
| PAUL NOVAK, DIRECTOR ) | |
| U.S. Department of Homeland Security ) | NO. A98-641-552 |
| U.S. Citizenship and Immigration ) | |
| Service, Vermont Service Center, ) | |
| in his official capacity, ) | 0 7 - 2 8 |
| as well as his successors and assigns, ) | |
| ) | |
| and ) | |
| ) | |
| EMILIO GONZÁLEZ, ) | |
| Director of U.S. Citizenship & ) | |
| Immigration Services, in his ) | |
| official capacity, as well as his ) | |
| successors and assigns ) | |
| ) | |
| Defendants. ) | |

## I. INTRODUCTION

1.  This is a civil action brought to compel Defendants and those acting under the Defendants' direction to adjudicate the application for adjustment of status filed pursuant to §245 of the Immigration and Nationality Act, 8 U.S.C. §1255, by Plaintiff on October 22, 2004.

## II. JURISDICTION AND VENUE

2.  The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1361 and §1331. This action is filed in response to unreasonable agency delay and failure to act on Plaintiff's application for adjustment of status in violation of the Administrative Procedures Act ("APA") under 5 U.S.C.A. §702, as well as the failure to perform the

mandatory duty to adjudicate the application. Venue is properly with this Court because Plaintiff resides in the State of Delaware.

3. The Plaintiff, Wei Teng, is an adult individual who is a national of China and resides lawfully in the United States. She resides at 504 Benham Court, Newark, Delaware 19711.

4. Paul Novak is the District Director of the Vermont Service Center of the U.S. Citizenship and Immigration Service (USCIS). Plaintiff has filed her application for adjustment of status with that office and the office retains jurisdiction over the application. The USCIS, through the Vermont Service Center, has a mandatory duty to act on the application for adjustment of status within a reasonable period of time.

5. Emilio Gonzalez is the Director of the U.S. Citizenship and Immigration Services (USCIS) who is also sued only his official capacity, as well as his successors and assigns. The USCIS is headquartered at 20 Massachusetts Avenue, N.W., Washington, DC 20529. The USCIS is assigned the adjudication of immigrant visa petitions as well as applications for permanent residence status under §245 of the Immigration and Nationality Act (INA).

### III. BACKGROUND

6. Plaintiff is eligible for adjustment of status because she is a derivative beneficiary of an approved Immigrant Petition for Alien Worker and Application for Adjustment of Status filed by her spouse, Hui Zhao. The Application for Adjustment of Status of her spouse, Hui Zhao, was approved by the USCIS on June 14, 2006. Under §203(d) of the Immigration and Nationality Act ("INA"), the Plaintiff is entitled to the same status as the principal applicant based on marriage to the principal applicant.

7.  On October 22, 2004, the Plaintiff filed an Application for Adjustment of Status pursuant to §245 of the INA, 8 U.S.C. §1255, to obtain lawful permanent residence status. She was at that time in a fully lawful status holding a visa pursuant to the L-2 category. *See,* §101(a)(15)(L), 8 U.S.C. §1101(a)(15)(L), as well 8 C.F.R. §214.2(l). She was, at the time of filing, and remains fully eligible for adjustment of status to permanent residence.

8.  The adjudication procedure involves the applicant's submission of the Application for Adjustment of Status. At the time of the filing of the application by the Plaintiff, that application was properly filed with the Vermont Service Center. It is the duty of the Vermont Service Center to timely adjudicate the application.

9.  The Plaintiff has complied with all requests made by the USCIS to complete all of the necessary biometrics appointments required by the USCIS. She has provided all of the information requested by the agency and has applied with all of the appointment notices.

10. The Plaintiff, through legal counsel, has made repeated inquiries regarding the status of the Application for Adjustment of Status. The Plaintiff was advised in writing on July 15, 2006 and again on November 9, 2006 that the adjudication of the application has been delayed because of the absence of the required security checks.

11. It is the stated goal of the USCIS to complete all adjudication within six months of filing of the application. Further, the current listed processing time for the Vermont Service Center for applications of this type is approximately 11 months.

## IV. STATUTORY AND REGULATORY FRAMEWORK

12. The APA provides a remedy to "compel agency action unlawfully withheld or unreasonably delayed." 5 U.S.C. §706(1).

13. Mandamus is a remedy available for extreme agency delay where the agency has not performed a mandatory action. 28 U.S.C. §1361.

## V. CLAIM FOR RELIEF

14. Defendants have unreasonably delayed and failed to perform a mandatory action in adjudicating the application for adjustment of status filed over two years ago thereby depriving Plaintiff of her right to lawful permanent residence status and benefits conferred there from including accrual of time to apply for U.S. citizenship.

15. Defendants owe Plaintiff the duty to act upon her application for adjustment of status and have unreasonably failed to perform that duty.

16. Plaintiff has exhausted any administrative remedies that may exist. No other remedy exists for Plaintiff to resolve Defendants' delay.

WHEREFORE, Plaintiff prays that the Court:

(1) Compel Defendants and those acting under them to perform their duty to adjudicate the application for adjustment of status owed to Plaintiff;

(2) Grant such other and further relief as this Court deems proper under the circumstances; and

    (3)    Grant attorney's fees and costs of court.

                                            */s/ Kevin H. Grubb*
                                    Kevin Grubb, Esquire
                                    Attorney I.D. No. 4409
                                    4 East 8th Street, #302
                                    Wilmington, DE  19801
                                    (302) 345-9383

Date:   January 9, 2007

07-28

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Wei Teng

(b) County of Residence of First Listed Plaintiff: New Castle, DE
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
HIV Law
4 E. 8th St. Wilm DE 19801
Kevin Grusb (302) 345-9383

## DEFENDANTS
Paul Novak, Dir., et al
U.S. Dept. Homeland Security

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
NA

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☒ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 28 USC § 1361, 1331 See 245
Brief description of cause: Mandamus

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. **0 7 - 2 8**

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A
## UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ___2___ COPIES OF AO FORM 85.

JAN 1 6 2007
(Date forms issued)

_____
(Signature of Party or their Representative)

Rick Hogan
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action