UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| WEI TENG, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | MOTION AND ORDER |
| ) | FOR ADMISSION |
| PAUL NOVAK, DIRECTOR ) | PRO HAC VICE |
| U.S. Department of Homeland Security ) | |
| U.S. Citizenship and Immigration ) | CASE NO. 07-28 |
| Service, Vermont Service Center, ) | |
| in his official capacity, ) | USCIS NO. A98-641-552 |
| as well as his successors and assigns, ) | |
| ) | |
| and ) | |
| ) | |
| EMILIO GONZÁLEZ, ) | |
| Director of U.S. Citizenship & ) | |
| Immigration Services, in his ) | |
| official capacity, as well as his ) | |
| successors and assigns ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Lawrence H. Rudnick to represent Plaintiff, Wei Teng in this matter.

_____
Kevin Grubb, Esquire
Attorney I.D. No. 4409
4 East 8th Street, #302
Wilmington, DE 19801
(302) 345-9383

Attorney for Plaintiff, Wei Teng

Date: January 22, 2007

## ORDER GRANTING MOTION

      IT IS HEREBY ORDERED counsel's Motion for Admission pro hac vice is granted.

Date: _____          _____
                                                     United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certified I am generally familiar with this Court's Local Rules.

_____
Lawrence H. Rudnick
Attorney I.D. No. 21642
Steel, Rudnick and Ruben
1608 Walnut Street, Suite 1500
Philadelphia, PA 19103
(215) 546-4333

Date: January 22, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| WEI TENG, )<br>)<br>  Plaintiff )<br>v. )<br>)<br>PAUL NOVAK, DIRECTOR )<br>U.S. Department of Homeland Security )<br>U.S. Citizenship and Immigration )<br>Service, Vermont Service Center, )<br>in his official capacity, )<br>as well as his successors and assigns, )<br>)<br>  and )<br>)<br>EMILIO GONZÁLEZ, )<br>Director of U.S. Citizenship & )<br>Immigration Services, in his )<br>official capacity, as well as his )<br>successors and assigns )<br>)<br>  Defendants. ) | MOTION AND ORDER<br>FOR ADMISSION<br>PRO HAC VICE<br><br>CASE NO. 07-28<br><br>USCIS NO. A98-641-552 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of January, 2007, I caused to be served the following:

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

by FEDERAL EXPRESS to the persons at the address set forth below:

Paul Novak, Director
U.S. Department of Homeland Security
U.S. Citizenship & Immigration Services
Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479-0001

Emilio Gonzalez, Director
U.S. Citizenship & Immigration Services
20 Massachusetts Avenue, N.W.
Washington, DC  20529

    I declare under penalty of perjury that the forgoing is true and correct. Executed on January 22, 2007.

_____
Kevin Grubb, Esquire
Attorney I.D. No. 4409
4 East 8th Street, #302
Wilmington, DE 19801
(302) 345-9383

Attorney for Plaintiff, Wei Teng

Date:  January 22, 2007