AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Delaware _____

Wei Teng

**SUMMONS IN A CIVIL CASE**

v.

Paul Novak, Director, U.S. Department of
Homeland Security, U.S. Citizenship and
Immigration Service, Vermont Service Center,
in his official capacity, as well as his
successors and assigns, and

CASE NUMBER: 07-28

Emilio Gonzalez, Director of U.S. Citizenship
& Immigration Services, in his official capacity,
as well as his successors and assigns

TO: (Name and address of Defendant)

Emilio Gonzalez, Director
U.S. Citizenship & Immigration Services
20 Massachusetts Avenue, N.W.
Washington, DC  20529

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lawrence H. Rudnick, Esquire
Steel, Rudnick & Ruben
1608 Walnut Street, Suite 1500
Philadelphia, PA  19103

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                          FEB - 9 2007

CLERK                                                    DATE

_____
(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>February 20, 2007 |
| NAME OF SERVER (PRINT)<br>Lawrence H. Rudnick | TITLE<br>Partner |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Certified Mail, Return Receipt Requested

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 2, 2007    *[signature]*
                Date            Signature of Server

Steel, Rudnick & Ruben
1608 Walnut Street, Suite 1500
Philadelphia, PA  19103
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7001 0360 0000 8335 0648**
Status: **Delivered**

Your item was delivered at 9:20 AM on February 20, 2007 in WASHINGTON, DC 20529.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

 POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust            Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy