AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware

Wei Teng

## SUMMONS IN A CIVIL CASE

v.

Paul Novak, Director, U.S. Department of
Homeland Security, U.S. Citizenship and
Immigration Service, Vermont Service Center,
in his official capacity, as well as his
successors and assigns, and

CASE NUMBER: 07-28

Emilio Gonzalez, Director of U.S. Citizenship
& Immigration Services, in his official capacity,
as well as his successors and assigns

TO: (Name and address of Defendant)

Paul Novak, Director
U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Vermont Service Center
75 Lower Welden Street
Saint Albans, VT 05479

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lawrence H. Rudnick, Esquire
Steel, Rudnick & Ruben
1608 Walnut Street, Suite 1500
Philadelphia, PA 19103

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    FEB - 9 2007

CLERK                                              DATE

(By) DEPUTY CLERK

✎AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | February 14, 2007 |
| NAME OF SERVER (PRINT) | TITLE |
| Lawrence H. Rudnick | Partner |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Certified Mail, Return Receipt Requested

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 2, 2007            *[signature]*
                    Date                    Signature of Server

Steel, Rudnick & Ruben
1608 Walnut Street, Suite 1500
Address of Server
Philadelphia, PA  19103

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7001 0360 0000 8335 0655**
Status: **Delivered**

Your item was delivered at 12:04 PM on February 14, 2007 in SAINT ALBANS, VT 05479.

(Additional Details >)  (Return to USPS.com Home >)

**Track & Confirm**

Enter Label/Receipt Number.

(Go >)

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  (Go >)

 POSTAL INSPECTORS     site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust     Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy