AO 440 (Rev. 8/01) Summons in a Civil Act.

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

Wei Teng

## SUMMONS IN A CIVIL CASE

v.

Paul Novak, Director, U.S. Department of
Homeland Security, U.S. Citizenship and
Immigration Service, Vermont Service Center,
in his official capacity, as well as his
successors and assigns, and

CASE NUMBER: 07-28

Emilio Gonzalez, Director of U.S. Citizenship
& Immigration Services, in his official capacity,
as well as his successors and assigns

TO: (Name and address of Defendant)

Paul Novak, Director
U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Vermont Service Center
75 Lower Welden Street
Saint Albans, VT  05479

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lawrence H. Rudnick, Esquire
Steel, Rudnick & Ruben
1608 Walnut Street, Suite 1500
Philadelphia, PA  19103

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    FEB - 9 2007

CLERK                                              DATE

*[signature]*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of      Delaware

Wei Teng

**SUMMONS IN A CIVIL CASE**

v.

Paul Novak, Director, U.S. Department of
Homeland Security, U.S. Citizenship and
Immigration Service, Vermont Service Center,
in his official capacity, as well as his
successors and assigns, and

CASE NUMBER: 07-28

Emilio Gonzalez, Director of U.S. Citizenship
& Immigration Services, in his official capacity,
as well as his successors and assigns

TO: (Name and address of Defendant)

Emilio Gonzalez, Director
U.S. Citizenship & Immigration Services
20 Massachusetts Avenue, N.W.
Washington, DC 20529

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lawrence H. Rudnick, Esquire
Steel, Rudnick & Ruben
1608 Walnut Street, Suite 1500
Philadelphia, PA 19103

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO            FEB - 9 2007

CLERK            DATE

*[signature]*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE February 13, 2007 |
| NAME OF SERVER (PRINT) Lawrence H. Rudnick | TITLE Partner |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Federal Express served on U.S. Attorney's Office, District of Delaware

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 2, 2007         *[signature]* Lawrence Rudnick
                   Date                    *Signature of Server*

Steel, Rudnick & Ruben
1608 Walnut Street, Suite 1500
Philadelphia, PA  19103
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Tracking summary                                                                                 Page 1 of 2

                                                                              Close Window

**Track Shipments**
## Detailed Results

 Print

| | | | |
|---|---|---|---|
| **Tracking number** | 790178974092 | **Reference** | 13480-0739 |
| **Signed for by** | R.WILSON | **Destination** | Wilmington, DE |
| **Ship date** | Feb 12, 2007 | **Delivered to** | Guard/Security Station |
| **Delivery date** | Feb 13, 2007 10:22 AM | **Service type** | Priority Envelope |
| | | **Weight** | 0.5 lbs. |

**Status**    Delivered

**Signature Proof of Delivery**
Click **Request copy of signature** to view delivery information for this shipment.



[ Request copy of signature ]

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Feb 13, 2007** | 10:22 AM | **Delivered** | Wilmington, DE | |
| | 8:40 AM | On FedEx vehicle for delivery | NEW CASTLE, DE | |
| | 7:23 AM | At local FedEx facility | NEW CASTLE, DE | |
| **Feb 12, 2007** | 9:16 PM | At dest sort facility | PHILADELPHIA, PA | |
| | 9:06 PM | Left origin | PHILADELPHIA, PA | |
| | 8:47 PM | At dest sort facility | PHILADELPHIA, PA | |
| | 7:11 PM | Picked up | PHILADELPHIA, PA | |
| | 3:04 PM | Package data transmitted to FedEx | | |

[ E-mail results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**                         **Your E-mail Address:**

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |

**Select format:**  ⦿ HTML  ○ Text  ○ Wireless
**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

 [ Submit ]

Tracking summary

Close Window

2/15/2007