IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF DELAWARE

```
x-----------------------------x
                              :
                              :
  WEI TENG,                   :
                              :
        Plaintiff,            :    Civil Action No. 07-0028-***
                              :
  v.                          :
                              :
  PAUL NOVAK, et al.,         :
                              :
                              :
        Defendants.           :
                              :
x-----------------------------x
```

## MOTION OF DEFENDANTS TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(1), the Government respectfully moves to dismiss for want of subject matter jurisdiction, for the reasons set forth in the attached supporting legal memorandum.

DATED:  April 16, 2007.

                                Respectfully Submitted,

                                COLM F. CONNOLLY
                                United States Attorney

                     By:    /s/ Seth M. Beausang
                                Seth M. Beausang (I.D. No. 4071)
                                Assistant United States Attorney
                                The Nemours Building
                                1007 Orange Street, Suit 700
                                Wilmington, DE 19801
                                (302) 573-6277

**CERTIFICATE OF SERVICE**

      I hereby certify this 16th day of April, 2007, that a copy of the foregoing Government's Motion to Dismiss, Memorandum in support therof, and Proposed Order was served by electronic filing on the following counsel of record for Plaintiff:

Kevin Harrison Grubb
Hogan & Vandenberg LLC
4 East 8th Street
Towne Center Building
Wilmington, DE 19801
(302) 225-2734


                                        <u>/s/ Seth M. Beausang</u>
                                        **Assistant United States Attorney**

IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF DELAWARE

```
x------------------------------x
                              :
                              :
   WEI TENG,                  :
                              :
        Plaintiff,            :    Civil Action No. 07-0028-***
                              :
   v.                         :
                              :
   PAUL NOVAK, et al.,        :
                              :
                              :
        Defendants.           :
                              :
x------------------------------x
```

### O R D E R

AND NOW, this          day of                    , 2007, the United States having filed a motion to dismiss, and the Court having considered the memoranda and other materials submitted in support thereof and in opposition thereto, and the Court having determined that it lacks subject matter jurisdiction, IT IS HEREBY ORDERED THAT:

    1. The Motion is GRANTED.

    2. This case is DISMISSED WITHOUT PREJUDICE.

                                   _____
                                   **UNITED STATES DISTRICT JUDGE**