UNITED STATES DISTRICT COURT
FOR THE DISTRICT COUR OF DELAWARE

| | | |
|---|---|---|
| WEI TENG, | ) | |
|     Plaintiff | ) | |
|     v. | ) | |
| PAUL NOVAK, DIRECTOR | ) | |
| U.S. Department of Homeland Security | ) | CASE NO. 07-28-*** |
| U.S. Citizenship and Immigration | ) | |
| Service, Vermont Service Center, | ) | Judge Mary Pat Thynge |
| In his official capacity, | ) | |
| As well as his successors and assigns, | ) | |
|     and | ) | |
| EMILIO GONZÁLEZ, | ) | |
| Director of U.S. Citizenship & | ) | |
| Immigration Services, in his | ) | |
| official capacity, as well as his | ) | |
| successors and assigns | ) | |
|     Defendants | ) | |

## REQUEST TO UNITED STATES MAGISTRATE JUDGE TO CANCEL OR CONTINUE STATUS/SCHEDULING TELECONFERENCE

We respectfully submit that this matter is exempt under Delaware Local Rule 16.3(b) from scheduling conference and order requirements as set forth in the Local Rule. This is an action for judicial review of administrative decision or lack of decision from a federal agency where review is conducted on the basis of the administrative record. Hence, we request that the status/scheduling teleconference scheduled for April 27, 2007 at 1:30 p.m. be cancelled or continued.

The status of this matter is that the government has moved to dismiss and the Plaintiff is filing an opposition and Motion for Summary Judgment.

It is further represented that the undersigned counsel has consulted with the Assistant U.S. Attorney, Seth M. Beausang, who is in agreement that the status/scheduling teleconference is exempted under the Local Rules.

                        *s/Kevin Grubb*
                        Kevin Grubb, Esq.
                        Attorney I.D. No. 4409
                        4 East 8th Street, #302
                        Wilmington, DE 19801
                        (302) 345-9383

                        *s/Lawrence H. Rudnick*
                        Lawrence H. Rudnick, Esq.
                        Attorney I.D. No. 21642
                        Steel, Rudnick and Ruben
                        1608 Walnut Street, Suite 1500
                        Philadelphia, PA 19103
                        (215) 546-4333

Dated: April 25, 2007          Attorneys for Plaintiff, Wei Teng

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of April, 2007, I caused to be served the foregoing REQUEST TO UNITED STATES MAGISTRATE JUDGE TO CANCEL OR CONTINUE STATUS/SCHEDULING TELECONFERENCE electronically using the ECF system and it is available for viewing and downloading from the ECF system. Assistant United States Attorney Seth M. Beausang who represents Defendants in this matter is a filing user under the ECF system. Upon the electronic filing, the ECF system automatically generates and delivers a Notice of Electronic Filing to all filing users associated with this case, including Assistant U.S. Attorney Beausang. As such, Electronic Service on the Court of the Notice of Electronic Filing constitutes service of the filed document and no additional service upon the filing user is required.

>Seth M. Beausang
>Assistant U.S. Attorney
>The Nemours Building
>1007 Orange Street, Suite 700
>Wilmington, DE 19801
>(302) 573-6277

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of April, 2007.

>*s/Kevin Grubb*
>Kevin Grubb, Esq.
>Attorney I.D. No. 4409
>4 East 8th Street, #302
>Wilmington, DE 19801
>(302) 345-9383

*s/Lawrence H. Rudnick*
Lawrence H. Rudnick, Esq.
Attorney I.D. No. 21642
Steel, Rudnick and Ruben
1608 Walnut Street, Suite 1500
Philadelphia, PA 19103
(215) 546-4333

Dated: April 25, 2007        Attorneys for Plaintiff, Wei Teng