ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| WEI TENG,<br>    Plaintiff<br>    v.<br>PAUL NOVAK, DIRECTOR<br>U.S. Department of Homeland Security<br>U.S. Citizenship and Immigration<br>Service, Vermont Service Center,<br>in his official capacity,<br>as well as his successors and assigns,<br>    and<br>EMILIO GONZÁLEZ,<br>Director of U.S. Citizenship &<br>Immigration Services, in his<br>official capacity, as well as his<br>successors and assigns<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   CASE NO. 07-28<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Plaintiff hereby moves for Summary Judgment. Summary judgment is appropriate in that more than 20 days have passed since commencement of the action. This matter has not yet been fixed for trial. There are no genuine issues of material fact and the Plaintiff is entitled to judgment as a matter of law.

s/Kevin H. Grubb
Kevin H. Grubb, Esq.
Attorney I.D. No. 4409
The Buccini/Pollin Group
322 A Street, Suite 300
Wilmington, DE 19801
(302) 225-2734

s/Lawrence H. Rudnick
Lawrence H. Rudnick, Esq.
Attorney I.D. No. 21642
Steel, Rudnick and Ruben
1608 Walnut Street, Suite 1500
Philadelphia, PA 19103
(215) 546-4333

Dated: April 26, 2007    Attorneys for Plaintiff, Wei Teng

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| WEI TENG,<br>    **Plaintiff**<br>    v.<br>**PAUL NOVAK, DIRECTOR**<br>U.S. Department of Homeland Security<br>U.S. Citizenship and Immigration<br>Service, Vermont Service Center,<br>in his official capacity,<br>as well as his successors and assigns,<br>    and<br>**EMILIO GONZÁLEZ,**<br>Director of U.S. Citizenship &<br>Immigration Services, in his<br>official capacity, as well as his<br>successors and assigns<br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **CASE NO. 07-28** |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of Plaintiff's Motion for Summary Judgment and Plaintiff's Brief in Opposition to Defendants' Motion to Dismiss and in Support of Plaintiff's Motion for Summary Judgment, IT IS HEREBY ORDERED THAT:

Plaintiff's Motion is GRANTED and that Plaintiff's application for adjustment of status be adjudicated within 30 days; Defendant's Motion to Dismiss is hereby DENIED.

 

_____
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| WEI TENG, | ) |
|     Plaintiff | ) |
|     v. | ) |
| PAUL NOVAK, DIRECTOR | ) |
| U.S. Department of Homeland Security | ) |
| U.S. Citizenship and Immigration | )   CASE NO. 07-28 |
| Service, Vermont Service Center, | ) |
| in his official capacity, | ) |
| as well as his successors and assigns, | ) |
|     and | ) |
| EMILIO GONZÁLEZ, | ) |
| Director of U.S. Citizenship & | ) |
| Immigration Services, in his | ) |
| official capacity, as well as his | ) |
| successors and assigns | ) |
|     Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on this 26th day April, 2007, that a copy of the foregoing Plaintiff's Motion for Summary Judgment and Plaintiff's Brief in Opposition to Defendants' Motion to Dismiss and in Support of Plaintiff's Motion for Summary Judgment, was served by electronic filing on the following counsel of record for Defendants:

Seth M. Beausang
Assistant U.S. Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, De 19801

| | |
|---|---|
| s/Kevin H. Grubb  *Kevin Grubb* | s/Lawrence H. Rudnick |
| Kevin H. Grubb, Esq. | Lawrence H. Rudnick, Esq. |
| Attorney I.D. No. 4409 | Attorney I.D. No. 21642 |
| The Buccini/Pollin Group | Steel, Rudnick & Ruben |
| 322 A Street, Suite 300 | 1608 Walnut Street, Suite 1500 |
| Wilmington, DE 19801 | Philadelphia, PA 19103 |
| (302) 225-2734 | (215) 546-4333 |