UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| WEI TENG, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 07-0028 |
| PAUL NOVAK, et al. | ) ) ) |
| Defendants. | ) |

### STIPULATION FOR VOLUNTARY DISMISSAL

Wei Teng, hereby agrees to dismiss without prejudice the Complaint filed in the above referenced matter. It is hereby agreed that this matter be voluntarily dismissed at this time with each side to bear its own fees and costs.

/s/Kevin H. Grubb
Kevin H. Grubb, Esq.
Attorney I.D. No. 4409
The Buccini/Pollin Group
322 A Street, Suite 300
Wilmington, DE 19801
(302) 225-2734

/s/Lawrence H. Rudnick
Lawrence H. Rudnick, Esq.
Attorney I.D. No. 21642
Steel, Rudnick and Ruben
1608 Walnut Street, Suite 1500
Philadelphia, PA 19103
(215) 546-4333

Attorneys for Plaintiff

Dated: May 11, 2007

COLM F. CONNOLLY
United States Attorney

By: /s/ Seth M. Beausang
Seth M. Beausang (I.D. No. 4071)
Assistant United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19801
(302) 573-6277

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| WEI TENG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 07-0028 |
| | ) |
| PAUL NOVAK, et al. | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

On this day came to be considered the Stipulation for Voluntary Dismissal filed by Plaintiff in the above-styled and numbered case. This Court accepts the Stipulation and finds that the case should be dismissed without prejudice. The Court further finds that the parties shall be responsible for their own costs and attorneys' fees incurred herein.

It is therefore ORDERED that this case is hereby DISMISSED WITHOUT PREJUDICE. It is further ORDERED that each party shall be responsible for its own costs and attorneys' fees associated with this litigation.

SIGNED AND ENTERED this _____ day of _____, 2007.


_____
HONORABLE MARY PAT THYNGE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| WEI TENG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 07-0028 |
| | ) |
| PAUL NOVAK, et al. | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of May, 2007, I caused to be served the Stipulation for Voluntary Dismissal to the person at the address set forth below, via U.S. mail. This document has also been filed and served electronically and is available for viewing and downloading from the ECF system.

                              Seth M. Beausang
                              Assistant U.S. Attorney
                              The Nemours Building
                              1007 Orange Street, Suite 700
                              Wilmington, De  19801

| | |
|---|---|
| s/Kevin H. Grubb | s/Lawrence H. Rudnick |
| Kevin H.Grubb, Esq. | Lawrence H. Rudnick, Esq. |
| Attorney I.D. No. 4409 | Attorney I.D. No. 21642 |
| The Buccini/Pollin Group | Steel, Rudnick & Ruben |
| 322 A Street, Suite 300 | 1608 Walnut Street, Suite 1500 |
| Wilmington, DE 19801 | Philadelphia, PA  19103 |
| (302) 225-2734 | (215) 546-4333 |