UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| WEI TENG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 07-0028 |
| | ) |
| PAUL NOVAK, et al. | ) |
| | ) |
| Defendants. | ) |

### ORDER OF DISMISSAL

On this day came to be considered the Stipulation for Voluntary Dismissal filed by Plaintiff in the above-styled and numbered case. This Court accepts the Stipulation and finds that the case should be dismissed without prejudice. The Court further finds that the parties shall be responsible for their own costs and attorneys' fees incurred herein.

It is therefore ORDERED that this case is hereby DISMISSED WITHOUT PREJUDICE. It is further ORDERED that each party shall be responsible for its own costs and attorneys' fees associated with this litigation.

SIGNED AND ENTERED this 22 day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE